# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23-cr-01089-DMS |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS** |
| v. | |
| JUAN SANCHEZ MARTINEZ, | |
| Defendant. | |

The United States moves to dismiss the Information in this case against Defendant Juan Sanchez Martinez. (ECF No. 31.) "The government may, with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. P. 48(a). Good cause appearing, the Court **GRANTS** the Motion. **IT IS HEREBY ORDERED** that the Information against Defendant Juan Sanchez Martinez is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: July 27, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court